IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRANDON LAVON COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>PENNY FREESMAN, et al.,<br><br>Defendants. | CIVIL ACTION NO.: 4:24-cv-13 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 14, 2024, Report and Recommendation, (doc. 6), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 15th day of March, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA