AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Brandon Lavon Collier,

   Plaintiff,

v.

Penny Freesman and Chatham County Superior Court,

   Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24-cv-13

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 15, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's complaint is dismissed. This case stands closed.

Approved by: _[signature]_

March 19, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020